Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org

*Attorney for Petitioner Alpha Omar Jallo

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alpha Omar Jallo,

Petitioner,

v.

USA, *et al.*,

Respondents.

Case No. 2:26-cv-02434-APG-EJY

**ORDER GRANTNG**

**Motion for Extension of Time to File Amended Petition and Motion for Leave to Proceed In Forma Pauperis**

**(First Request)**

Petitioner Alpha Omar Jallo requests a 40-day extension of the September 17, 2026, deadline for filing his amended petition for a writ of habeas corpus and motion for leave to proceed in forma pauperis. This is his first request for an extension of this deadline.

On July 27, 2026, Immigration and Customs Enforcement served a Form 71-060, Visa Waiver Program (VWP) Final Administrative Removal Order, on Mr. Jallo. Mr. Jallo has not applied for asylum, withholding of removal, or Convention Against Torture (CAT) relief. His removal order is thus administratively final. *See* 8 U.S.C. § 1187(b) (providing that a noncitizen who enters the United States under the visa waiver program waives their right "to contest, other than on the basis of an

application for asylum, any action for removal").

When a removal order becomes administratively final, the government has 90 days to effectuate removal, during which time detention is mandatory. *See* 8 U.S.C. § 1231(a). The 90-day period for Mr. Jallo's removal expires on October 25, 2026. Accordingly, Mr. Jallo respectfully requests that this Court extend his amended petition deadline by 40 days, until October 27, 2026. This request is made in good faith and not for the purpose of delay.

On September 17, 2026, counsel for the government, Russell G. Webb, indicated that he opposes this request.

Dated September 17, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Bethany Wang Balchunas*
Bethany Wang Balchunas
Assistant Federal Public Defender

IT IS SO ORDERED:

Dated: September 18, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE