Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Bethany Wang Balchunas
Assistant Federal Public Defender
California State Bar No. 343342
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Bethany_WangBalchunas@fd.org

*Attorney for Petitioner Alpha Omar Jallo

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Alpha Omar Jallo,

Petitioner,

v.

USA, *et al.*,

Respondents.

Case No. 2:26-cv-02434-APG-EJY

**Stipulation of Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii)**

Petitioner Alpha Omar Jallo, Federal Respondents, and Respondent Reggie Rader hereby stipulate to the dismissal of this action without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated October 15, 2026.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Bethany Wang Balchunas*
Bethany Wang Balchunas
Assistant Federal Public Defender

Todd Blanche
Attorney General of the United States

*/s/ Russell G. Webb*
Russell G. Webb
Assistant United States Attorney

Henderson City Attorney's Office

*/s/ Christian M. Orme*
Christian M. Orme
Assistant City Attorney

IT IS SO ORDERED:

Dated: October 19, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE